IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SOCORRO,

       Plaintiff,                    No. CIV S-08-2817 KJM P

  vs.

ALVARO TRAQUINA, et al.,

       Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2008, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

/////

1    2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis By a Prisoner.

DATED: February 23, 2009.

                        _____
                        U.S. MAGISTRATE JUDGE

/mp
soco2817.3e